**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Megan N. Schmidt a/k/a Megan N. Lebron, a/k/a Megan N. Rodriguez | CHAPTER 7 |
| <u>Debtor(s)</u> | BKY. NO. 23-12049 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
19 Jul 2023, 10:52:00, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 3ed8697c931fa92e1c8128481163a53024c570e339cf362ea0b26268a868e6a4