United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Megan N. Schmidt  
    Debtor

Case No. 23-12049-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Sep 29, 2023      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan N. Schmidt, 1518 Liberty Avenue, Reading, PA 19607-2049 |
| 14797933 | + | Enerbank USA, 5109 S. Broadbend Lane, Suite 400, Sioux Falls, SD 57108-2241 |
| 14797938 | + | Old Navy, Barclays Bank, P. O. Box 8803, Wilmington, DE 19899-8803 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 30 2023 01:03:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 30 2023 01:03:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14797923 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 30 2023 01:03:00 | Apple Card, GS Bank USA, P. O. Box 7247, Philadelphia, PA 19170-0001 |
| 14797924 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 30 2023 01:03:00 | Barclays Bank Delaware, 125 S. West St., Wilmington, DE 19801-5014 |
| 14797925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2023 01:10:52 | Best Buy/CBNA, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14797926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2023 01:10:38 | Best Buy/CBNA, 5800 S. Corporate Pl., Sioux Falls, SD 57108-5027 |
| 14797927 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2023 01:03:00 | Boscov's, Comenity Bank, P. O. Box 182120, Columbus, OH 43218-2120 |
| 14797929 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 30 2023 01:02:00 | Citizens Bank, P. O. Box 7092, Bridgeport, CT 06601 |
| 14797928 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2023 01:10:37 | Care Credit, Synchrony Bank, P. O. Box 965036, Orlando, FL 32896-5036 |
| 14797930 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 30 2023 01:02:00 | Citizens Card Services, 1000 Lafayette Gill, Bridgeport, CT 06604-4728 |
| 14797931 | + | Email/Text: mediamanagers@clientservices.com | Sep 30 2023 01:02:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14797932 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2023 01:03:00 | Comenity Bank - Ultamate Rewards, P. O. Box 182120, Columbus, OH 43218-2120 |
| 14797934 | | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Sep 30 2023 01:03:00 | EnerbankUSA, 650 S. Main St., Ste. 1000, Salt Lake City, UT 84101-2844 |
| 14797935 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 30 2023 01:10:38 | JPMCB - Card Services, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14797922 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 30 2023 01:10:25 | Amazon, JPMCB Card, P. O. Box 15369, |

| | | | | |
|---|---|---|---|---|
| | | | | Wilmington, DE 19850 |
| 14797936 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2023 01:10:52 | Lowe's, Synchrony Bank, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14797937 | ^ | MEBN | Sep 30 2023 00:54:52 | Northstar Location Services LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 14800163 | ^ | MEBN | Sep 30 2023 00:54:54 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14797939 | | Email/PDF: ebnotices@pnmac.com | Sep 30 2023 01:10:25 | PennyMac Loan Services LLC, P. O. Box 950002, Fort Worth, TX 76155-9802 |
| 14800295 | ^ | MEBN | Sep 30 2023 00:54:55 | PennyMac Loan Services, LLC, C/O KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14797940 | + | Email/Text: bncmail@w-legal.com | Sep 30 2023 01:03:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14797941 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 30 2023 01:10:38 | U.S. Dept. of HUD, 451 Seventh St. SW, Washington, DC 20410-0001 |
| 14797942 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 30 2023 01:02:00 | USAA Savings Bank, P. O. Box 33009, San Antonio, TX 78265-3009 |
| 14797943 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2023 01:23:20 | Wal-Mart, Capital One, P. O. Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| DAVID S. GELLERT | on behalf of Debtor Megan N. Schmidt dsgrdg@ptdprolog.net |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Sep 29, 2023 | Form ID: pdf900 | Total Noticed: 27

                ECFMail@ReadingCh13.com

United States Trustee

                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**Megan N. Schmidt,**       :        Chapter 7
                            :
         **Debtor**         :        Bky. No.   23-12049 (PMM)

**ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13**

**WHEREAS**, the Debtor has filed a Motion to Convert Case from Chapter 7 to Chapter 13, see 11 U.S.C. § 706(a), and pursuant to L.B.R 9014-2, no hearing being necessary, and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. §1112, §1208, or §1307;

It is hereby **ORDERED** that :

1. This chapter 7 case is **CONVERTED** to a case under chapter 13.

2. Within twenty-eight (28) days of the entry of this order, the Chapter 7 Trustee shall file:

    a. An account of all receipts and disbursements made in the chapter 7 case, and
    b. A report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The trustee forthwith shall turn over to the Debtor all records and property of the estate remaining in the trustee's custody and control.

4. The trustee or any other party entitled to compensation may within twenty-eight (28) days of the date of this order file an application for compensation and reimbursement of expenses.

5. **ON OR BEFORE FOURTEEN (14) DAYS FROM THE ENTRY OF THIS ORDER**, the Debtor shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such have not already been filed.

6. **Within 14 days from the date of this order**, the Debtor shall file a chapter 13 plan. **FAILURE TO TIMELY FILE THE CHAPTER 13 PLAN MAY RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE OR HEARING**.

*Patricia M. Mayer*

**Date: 9/29/23**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**