UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
   MEGAN N. SCHMIDT                     :        Chapter 13
   aka MEGAN N. LEBRON                  :
   aka MEGAN N. RODRIGUEZ               :        Bankruptcy No. 23-12049 PMM
                                        :
   Debtor                              :

### DEBTOR'S STATEMENT OF UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF BANKRUPTCY PROCEEDING AND BEFORE CONVERSION TO CHAPTER 13 PURSUANT TO BANKRUPTCY RULE 1019

The undersigned Debtor certifies to the Chapter 13 Trustee that she has not incurred any

additional unpaid debts after the commencement of her chapter 7 proceeding and prior to the

conversion of her chapter 7 proceeding to a chapter 13 proceeding.

Dated:   10/11/2023                      _____
                                          Megan N. Schmidt