**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|   MEGAN N. SCHMIDT | : | Chapter 13 |
|   aka MEGAN N. LEBRON | : | |
|   aka MEGAN N. RODRIGUEZ | : | Bankruptcy No. 23-12049 PMM |
| | : | |
|       Debtor | : | |

**CERTIFICATE OF SERVICE**

    David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that I have served a copy of the Supplement to Schedule I: Your Income and Supplement to Schedule J: Your Expenses upon the United States Trustee and the Standing Chapter 13 Trustee by electronic mail on October 11, 2023:

        Scott F. Waterman, Esquire
        Standing Chapter 13 Trustee
        2901 St. Lawrence Avenue, Suite 100
        Reading, PA 19606

        Office of the U. S. Trustee
        900 Market Street, Suite 320
        Philadelphia, PA 19107

Dated:  October 11, 2023                      s/   David S. Gellert
                                                   David S. Gellert, Esquire
                                                   David S. Gellert, P.C.
                                                   3506 Perkiomen Avenue
                                                   Reading, PA 19606
                                                     (610) 779-8000
                                                   dsgrdg@ptdprolog.net