## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
   MEGAN N. SCHMIDT                     :        Chapter 13
   aka MEGAN N. LEBRON                  :
   aka MEGAN N. RODRIGUEZ               :        Bankruptcy No. 23-12049 PMM
                                                  :
         Debtor                             :

### CERTIFICATE OF SERVICE

     David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that I have served a copy of the Supplement to Schedule I: Your Income and Supplement to Schedule J: Your Expenses upon the United States Trustee and the Standing Chapter 13 Trustee by electronic mail on July 23, 2024:

                               Scott F. Waterman, Esquire
                               Standing Chapter 13 Trustee
                               2901 St. Lawrence Avenue, Suite 100
                               Reading, PA 19606

                               Office of the U. S. Trustee
                               900 Market Street, Suite 320
                               Philadelphia, PA 19107


Dated:  July 23, 2024                        s/   David S. Gellert
                                                    David S. Gellert, Esquire
                                                      David S. Gellert, P.C.
                                                      3506 Perkiomen Avenue
                                                      Reading, PA 19606
                                                      (610) 779-8000
                                                      dsgrdg@ptdprolog.net