United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12049-pmm |
| Megan N. Schmidt | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 01, 2024 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan N. Schmidt, 1518 Liberty Avenue, Reading, PA 19607-2049 |
| 14797933 | + | Enerbank USA, 5109 S. Broadbend Lane, Suite 400, Sioux Falls, SD 57108-2241 |
| 14797938 | + | Old Navy, Barclays Bank, P. O. Box 8803, Wilmington, DE 19899-8803 |
| 14823343 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14797923 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 02 2024 00:16:00 | Apple Card, GS Bank USA, P. O. Box 7247, Philadelphia, PA 19170-0001 |
| 14797924 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 02 2024 00:17:00 | Barclays Bank Delaware, 125 S. West St., Wilmington, DE 19801-5014 |
| 14797925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2024 00:31:26 | Best Buy/CBNA, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14797926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2024 00:31:39 | Best Buy/CBNA, 5800 S. Corporate Pl., Sioux Falls, SD 57108-5027 |
| 14797927 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2024 00:17:00 | Boscov's, Comenity Bank, P. O. Box 182120, Columbus, OH 43218-2120 |
| 14797929 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 02 2024 00:16:00 | Citizens Bank, P. O. Box 7092, Bridgeport, CT 06601 |
| 14797928 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2024 00:31:58 | Care Credit, Synchrony Bank, P. O. Box 965036, Orlando, FL 32896-5036 |
| 14822909 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2024 00:20:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14797930 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 02 2024 00:16:00 | Citizens Card Services, 1000 Lafayette Gill, Bridgeport, CT 06604-4728 |
| 14797931 | + | Email/Text: mediamanagers@clientservices.com | Aug 02 2024 00:16:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14797932 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2024 00:17:00 | Comenity Bank - Ultamate Rewards, P. O. Box 182120, Columbus, OH 43218-2120 |
| 14797934 | | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Aug 02 2024 00:17:00 | EnerbankUSA, 650 S. Main St., Ste. 1000, Salt Lake City, UT 84101-2844 |
| 14797935 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 02 2024 00:19:36 | JPMCB - Card Services, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14797922 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 02 2024 00:19:29 | Amazon, JPMCB Card, P. O. Box 15369, Wilmington, DE 19850 |
| 14825790 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |

| | | | Aug 02 2024 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
|---|---|---|---|---|
| 14797936 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2024 00:32:25 | Lowe's, Synchrony Bank, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14797937 | ^ | MEBN | Aug 02 2024 00:12:26 | Northstar Location Services LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 14800163 | ^ | MEBN | Aug 02 2024 00:12:34 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14837283 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2024 00:46:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14797939 | | Email/PDF: ebnotices@pnmac.com | Aug 02 2024 00:31:16 | PennyMac Loan Services LLC, P. O. Box 950002, Fort Worth, TX 76155-9802 |
| 14800295 | ^ | MEBN | Aug 02 2024 00:12:35 | PennyMac Loan Services, LLC, C/O KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14834713 | + | Email/PDF: ebnotices@pnmac.com | Aug 02 2024 00:31:12 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14821542 | | Email/Text: bnc-quantum@quantum3group.com | Aug 02 2024 00:17:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14829433 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Aug 02 2024 00:17:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 14837592 | | Email/Text: bncmail@w-legal.com | Aug 02 2024 00:17:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14797940 | + | Email/Text: bncmail@w-legal.com | Aug 02 2024 00:17:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14797941 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 02 2024 00:32:18 | U.S. Dept. of HUD, 451 Seventh St. SW, Washington, DC 20410-0001 |
| 14797942 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 02 2024 00:16:00 | USAA Savings Bank, P. O. Box 33009, San Antonio, TX 78265-3009 |
| 14797943 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2024 00:19:34 | Wal-Mart, Capital One, P. O. Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 03, 2024     Signature:     /s/Gustava Winters

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 01, 2024 | Form ID: 155 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:**

**Name**     **Email Address**

CHRISTINE C. SHUBERT
    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

DAVID S. GELLERT
    on behalf of Debtor Megan N. Schmidt dsgrdg@ptdprolog.net

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Megan N. Schmidt )  Case No. 23−12049−pmm
   aka Megan N. Lebron )
   aka Megan N. Rodriguez )
) Chapter: 13
   Debtor(s). )
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 1, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court