| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-12049-PMM**

Megan N. Schmidt
1518 Liberty Avenue
Reading  PA   19607

Petition Filed Date: 07/12/2023
341 Hearing Date: 11/21/2023
Confirmation Date: 08/01/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/24/2023 | $50.00 | | 11/15/2023 | $50.00 | | 12/07/2023 | $50.00 | |
| 01/09/2024 | $50.00 | | 02/13/2024 | $50.00 | | 03/11/2024 | $50.00 | |
| 04/10/2024 | $50.00 | | 05/09/2024 | $50.00 | | 06/10/2024 | $50.00 | |
| 07/09/2024 | $50.00 | | | | | | | |

**Total Receipts for the Period:  $500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  001 | Unsecured Creditors | $4,235.01 | $0.00 | $4,235.01 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  002 | Unsecured Creditors | $318.90 | $0.00 | $318.90 |
| 3 | CITIBANK NA<br>»»  003 | Unsecured Creditors | $5,425.30 | $0.00 | $5,425.30 |
| 4 | US DEPARTMENT OF HUD<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA<br>»»  005 | Unsecured Creditors | $8,286.77 | $0.00 | $8,286.77 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |
| 6 | ENERBANK USA<br>»»  006 | Unsecured Creditors | $696.53 | $0.00 | $696.53 |
| 7 | PENNYMAC  LOAN SERVICES LLC<br>»»  007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  008 | Unsecured Creditors | $5,282.39 | $0.00 | $5,282.39 |
| 9 | TD BANK USA NA<br>»»  009 | Unsecured Creditors | $4,923.83 | $0.00 | $4,923.83 |
| 10 | APPLE CARD - GS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CARE CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CITIZENS CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | LOWES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | OLD NAVY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | USAA SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12049-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $550.00 | Current Monthly Payment: | $50.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($50.00) |
| Paid to Trustee: | $55.00 | Total Plan Base: | $1,800.00 |
| Funds on Hand: | $495.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.