# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    MEGAN N. SCHMIDT | : | Chapter 13 |
|    aka MEGAN N. LEBRON | : | |
|    aka MEGAN N. RODRIGUEZ | : | Bankruptcy No. 23-12049 PMM |
| | : | |
|    Debtor | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 4th day of September, 2024, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated August 12, 2024 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated:  September 4, 2024            s/   David S. Gellert
                                                                           David S. Gellert, Esquire
                                                                           David S. Gellert, P.C.
                                                                           3506 Perkiomen Avenue
                                                                           Reading, PA 19606
                                                                           (610) 779-8000
                                                                           dsgrdg@ptdprolog.net