United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 23-12049-pmm
Megan N. Schmidt                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: admin        Page 1 of 2

Date Rcvd: Sep 09, 2024        Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Megan N. Schmidt, 1518 Liberty Avenue, Reading, PA 19607-2049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| DAVID S. GELLERT | on behalf of Debtor Megan N. Schmidt dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4                    User: admin                                    Page 2 of 2
Date Rcvd: Sep 09, 2024                 Form ID: pdf900                            Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                      :
     MEGAN N. SCHMIDT          :      Chapter 13
     aka MEGAN N. LEBRON       :
     aka MEGAN N. RODRIGUEZ    :      Bankruptcy No. 23-12049 PMM
                          :
            Debtor            :

## ORDER APPROVING COMPENSATION

**AND NOW**, upon consideration of the Application for Compensation ("the

Application") filed by Debtor's counsel (the "Applicant") and upon the Applicant's certification

that proper service has been made on all interested parties and upon the Applicant's certification

of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of Applicant in the amount of $4,298.11

    comprised of $4,237.50 in compensation and $60.61 in reimbursement of actual,

    necessary expenses.  **Counsel will accept $1,500.00 in attorney's fees pursuant to the**

    **confirmed Chapter 13 Plan**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative

    expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b) and 11

U.S.C. § 330 (a)(4)(B) the allowed compensation set forth in ¶ 2 less $1,838.00 which

was paid by the Debtor prepetition to the extent such distribution is authorized under the

terms of the confirmed Chapter 13 Plan.

BY THE COURT:

Dated: 9/9/24

_____
Patricia M. Mayer
United States Bankruptcy Judge