Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Megan N. Schmidt
1518 Liberty Avenue
Reading, PA 19607

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-12049-PMM**

Petition Filed Date: 07/12/2023
341 Hearing Date: 11/21/2023
Confirmation Date: 08/01/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2025 | $50.00 | | 09/10/2025 | $50.00 | | 10/06/2025 | $50.00 | |
| 11/06/2025 | $50.00 | | 12/09/2025 | $50.00 | | 01/20/2026 | $50.00 | |
| 02/19/2026 | $50.00 | | 03/13/2026 | $50.00 | | 04/09/2026 | $50.00 | |
| 05/14/2026 | $50.00 | | 06/11/2026 | $50.00 | | 07/14/2026 | $50.00 | |

**Total Receipts for the Period: $600.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $1,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 001 | Unsecured Creditors | $4,235.01 | $15.12 | $4,219.89 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $318.90 | $0.00 | $318.90 |
| 3 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 003 | Unsecured Creditors | $5,425.30 | $19.37 | $5,405.93 |
| 4 | US DEPARTMENT OF HUD<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $8,286.77 | $16.48 | $8,270.29 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 6 | ENERBANK USA<br>»» 006 | Unsecured Creditors | $696.53 | $0.00 | $696.53 |
| 7 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $5,282.39 | $18.87 | $5,263.52 |
| 9 | TD BANK USA NA<br>»» 009 | Unsecured Creditors | $4,923.83 | $17.58 | $4,906.25 |
| 10 | APPLE CARD - GS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CARE CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CITIZENS CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | LOWES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12049-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | OLD NAVY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | USAA SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,750.00 | Current Monthly Payment: | $50.00 |
| Paid to Claims: | $1,587.42 | Arrearages: | ($50.00) |
| Paid to Trustee: | $145.85 | Total Plan Base: | $1,800.00 |
| Funds on Hand: | $16.73 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.