**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Megan N. Schmidt** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case Number | **23-12049-PMM** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** US DEPARTMENT OF HUD

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 0 0 0

**Property Address:**
1518 LIBERTY AVE
Number Street

SHILLINGTON PA 19607
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

## Part 4: Postpetition Payment

*Check one:*

- [x] Postpetition payments are made by the debtor.
- [ ] Postpetition payments are paid through the trustee.
- [ ] Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

## Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Scott F. Waterman — Signature        Date 09/22/2026

Trustee: Scott F. Waterman (First Name / Middle Name / Last Name)

Address: 2901 St. Lawrence Avenue, Suite 100 (Number / Street)

Reading (City) PA (State) 19606 (ZIP Code)

Contact phone (610) 779-1313        Email info@ReadingCh13.com

Debtor 1 **Megan N. Schmidt**
Name

Case Number **23-12049-PMM**



# History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |