United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-12049-pmm
Megan N. Schmidt Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Sep 21, 2026 Form ID: 138OBJ Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan N. Schmidt, 1518 Liberty Avenue, Reading, PA 19607-2049 |
| 14797933 | + | Enerbank USA, 5109 S. Broadbend Lane, Suite 400, Sioux Falls, SD 57108-2241 |
| 14797938 | + | Old Navy, Barclays Bank, P. O. Box 8803, Wilmington, DE 19899-8803 |
| 14823343 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 22 2026 02:30:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 22 2026 02:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14797922 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 22 2026 02:39:05 | Amazon, JPMCB Card, P. O. Box 15369, Wilmington, DE 19850-5369 |
| 14797923 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 22 2026 02:30:00 | Apple Card, GS Bank USA, P. O. Box 7247, Philadelphia, PA 19170-0001 |
| 14797924 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 22 2026 02:30:00 | Barclays Bank Delaware, 125 S. West St., Wilmington, DE 19801-5014 |
| 14797925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2026 02:39:31 | Best Buy/CBNA, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14797926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2026 02:39:15 | Best Buy/CBNA, 5800 S. Corporate Pl., Sioux Falls, SD 57108-5027 |
| 14797927 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2026 02:30:00 | Boscov's, Comenity Bank, P. O. Box 182120, Columbus, OH 43218-2120 |
| 14797929 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 22 2026 02:30:00 | Citizens Bank, P. O. Box 7092, Bridgeport, CT 06601 |
| 14797928 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2026 02:39:39 | Care Credit, Synchrony Bank, P. O. Box 965036, Orlando, FL 32896-5036 |
| 15098585 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 22 2026 02:30:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suites 1030, 1300 and 1400, Orange, CA 92868-1604 |
| 14822909 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2026 02:39:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14797930 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 22 2026 02:30:00 | Citizens Card Services, 1000 Lafayette Gill, Bridgeport, CT 06604-4728 |
| 14797931 | + | Email/Text: mediamanagers@clientservices.com | Sep 22 2026 02:30:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |

| | | | | |
|---|---|---|---|---|
| 14797932 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2026 02:30:00 | Comenity Bank - Ultamate Rewards, P. O. Box 182120, Columbus, OH 43218-2120 |
| 14797934 | | Email/Text: EB_Collectionsbk@Regions.com | Sep 22 2026 02:30:00 | EnerbankUSA, 650 S. Main St., Ste. 1000, Salt Lake City, UT 84101-2844 |
| 14797935 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 22 2026 02:39:31 | JPMCB - Card Services, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14825790 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 22 2026 02:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14797936 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2026 02:39:38 | Lowe's, Synchrony Bank, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14797937 | ^ | MEBN | Sep 22 2026 02:28:37 | Northstar Location Services LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 14800163 | ^ | MEBN | Sep 22 2026 02:28:46 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14837283 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2026 02:39:30 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14797939 | | Email/PDF: ebnotices@pnmac.com | Sep 22 2026 02:39:41 | PennyMac Loan Services LLC, P. O. Box 950002, Fort Worth, TX 76155-9802 |
| 14800295 | ^ | MEBN | Sep 22 2026 02:28:47 | PennyMac Loan Services, LLC, C/O KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14834713 | + | Email/PDF: ebnotices@pnmac.com | Sep 22 2026 02:39:31 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14821542 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2026 02:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14829433 | + | Email/Text: EB_Collectionsbk@Regions.com | Sep 22 2026 02:30:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 14837592 | | Email/Text: bncmail@w-legal.com | Sep 22 2026 02:30:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14797940 | + | Email/Text: bncmail@w-legal.com | Sep 22 2026 02:30:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14797941 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 22 2026 02:39:30 | U.S. Dept. of HUD, 451 Seventh St. SW, Washington, DC 20410-0001 |
| 14797942 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 22 2026 02:30:00 | USAA Savings Bank, P. O. Box 33009, San Antonio, TX 78265-3009 |
| 14797943 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2026 02:39:30 | Wal-Mart, Capital One, P. O. Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DAVID S. GELLERT | on behalf of Debtor Megan N. Schmidt dsgrdg@ptdprolog.net |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 60 − 58

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Megan N. Schmidt | ) | Case No. 23−12049−pmm |
| aka Megan N. Lebron | ) | |
| aka Megan N. Rodriguez | ) | |
| | ) | Chapter: 13 |
| Debtor(s). | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **October 21, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 21, 2026

For The Court

Mohung Wong
Clerk of Court