United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-12049-pmm
Megan N. Schmidt Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 26, 2026 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan N. Schmidt, 1518 Liberty Avenue, Reading, PA 19607-2049 |
| 14797933 | + | Enerbank USA, 5109 S. Broadbend Lane, Suite 400, Sioux Falls, SD 57108-2241 |
| 14797938 | + | Old Navy, Barclays Bank, P. O. Box 8803, Wilmington, DE 19899-8803 |
| 14823343 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 27 2026 07:04:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 27 2026 07:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 27 2026 07:04:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd., Ste 1030, 1300 & 1400, Orange, CA 92868-1604 |
| 14797922 | + | EDI: JPMORGANCHASE | Oct 27 2026 11:05:00 | Amazon, JPMCB Card, P. O. Box 15369, Wilmington, DE 19850-5369 |
| 14797923 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 27 2026 07:04:00 | Apple Card, GS Bank USA, P. O. Box 7247, Philadelphia, PA 19170-0001 |
| 14797924 | | EDI: TSYS2 | Oct 27 2026 11:05:00 | Barclays Bank Delaware, 125 S. West St., Wilmington, DE 19801-5014 |
| 14797925 | + | EDI: CITICORP | Oct 27 2026 11:05:00 | Best Buy/CBNA, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14797926 | + | EDI: CITICORP | Oct 27 2026 11:05:00 | Best Buy/CBNA, 5800 S. Corporate Pl., Sioux Falls, SD 57108-5027 |
| 14797927 | + | EDI: WFNNB.COM | Oct 27 2026 11:05:00 | Boscov's, Comenity Bank, P. O. Box 182120, Columbus, OH 43218-2120 |
| 14797929 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 27 2026 07:04:00 | Citizens Bank, P. O. Box 7092, Bridgeport, CT 06601 |
| 14797928 | + | EDI: SYNC | Oct 27 2026 11:05:00 | Care Credit, Synchrony Bank, P. O. Box 965036, Orlando, FL 32896-5036 |
| 15098585 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 27 2026 07:04:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suites 1030, 1300 and 1400, Orange, CA 92868-1604 |
| 14822909 | | EDI: CITICORP | Oct 27 2026 11:05:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14797930 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 27 2026 07:04:00 | Citizens Card Services, 1000 Lafayette Gill, |

| | | | | |
|---|---|---|---|---|
| | | | | Bridgeport, CT 06604-4728 |
| 14797931 | + | Email/Text: mediamanagers@clientservices.com | Oct 27 2026 07:04:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14797932 | + | EDI: WFNNB.COM | Oct 27 2026 11:05:00 | Comenity Bank - Ultamate Rewards, P. O. Box 182120, Columbus, OH 43218-2120 |
| 14797934 | | Email/Text: EB_Collectionsbk@Regions.com | Oct 27 2026 07:04:00 | EnerbankUSA, 650 S. Main St., Ste. 1000, Salt Lake City, UT 84101-2844 |
| 14797935 | | EDI: JPMORGANCHASE | Oct 27 2026 11:05:00 | JPMCB - Card Services, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14825790 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 27 2026 07:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14797936 | + | EDI: SYNC | Oct 27 2026 11:05:00 | Lowe's, Synchrony Bank, P. O. Box 965005, Orlando, FL 32896-5005 |
| 14797937 | ^ | MEBN | Oct 27 2026 06:58:11 | Northstar Location Services LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 14800163 | ^ | MEBN | Oct 27 2026 06:58:12 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14837283 | | EDI: PRA.COM | Oct 27 2026 11:05:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14797939 | | Email/PDF: ebnotices@pnmac.com | Oct 27 2026 07:20:28 | PennyMac Loan Services LLC, P. O. Box 950002, Fort Worth, TX 76155-9802 |
| 14800295 | ^ | MEBN | Oct 27 2026 06:58:12 | PennyMac Loan Services, LLC, C/O KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14834713 | + | Email/PDF: ebnotices@pnmac.com | Oct 27 2026 07:20:21 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14821542 | | EDI: Q3G.COM | Oct 27 2026 11:05:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14829433 | + | Email/Text: EB_Collectionsbk@Regions.com | Oct 27 2026 07:04:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 14837592 | | Email/Text: bncmail@w-legal.com | Oct 27 2026 07:04:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14797940 | + | EDI: WTRRNBANK.COM | Oct 27 2026 11:05:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14797941 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 27 2026 07:10:09 | U.S. Dept. of HUD, 451 Seventh St. SW, Washington, DC 20410-0001 |
| 14797942 | + | Email/Text: bkelectronicnotices@usaa.com | Oct 27 2026 07:04:00 | USAA Savings Bank, P. O. Box 33009, San Antonio, TX 78265-3009 |
| 14797943 | + | EDI: CAPITALONE.COM | Oct 27 2026 11:05:00 | Wal-Mart, Capital One, P. O. Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DAVID S. GELLERT | on behalf of Debtor Megan N. Schmidt dsgrdg@ptdprolog.net |
| MAGGIE S SOBOLESKI | on behalf of Creditor Carrington Mortgage Services LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Megan N. Schmidt<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5397 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 23–12049–pmm | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Megan N. Schmidt
aka Megan N. Lebron, aka Megan N. Rodriguez

10/26/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**